**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA** | **CASE NO.  6:24-CV-01422** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ALEJANDRO MAYORKAS ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## O R D E R

Considering the relief requested in this case, it is hereby

ORDERED that a telephone status conference is now SET before the undersigned Magistrate Judge on **Thursday, October 17, 2024 at 3:00 p.m.**  Participants may join the teleconference by dialing 888-684-8852 and entering access code 5910394.

SO ORDERED this 17th day of October, 2024 at Lafayette, Louisiana.

_____

**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**