UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA | CASE NO. 6:24-CV-01422 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| ALEJANDRO MAYORKAS ET AL | MAGISTRATE JUDGE DAVID J. AYO |

**O R D E R**

Pursuant to this Court's Order (Rec. Doc. 4), a telephone status conference was held in this matter. The teleconference commenced at 3:00 p.m. and concluded at 3:05 p.m.[1] Participating in the teleconference along with the undersigned Magistrate Judge were Elizabeth Murrill, Dr. Ralph Abraham, Ben Aguinaga, Zachary Faircloth, and Caitlin Huettemann on behalf of the State of Louisiana.

After consultation with Judge Joseph, herein presiding, the undersigned instructed counsel about requested edits to the proposed temporary restraining order. The movant will address the Court's requested changes and submit an amended proposed temporary restraining order for the Court's further consideration on or before 5:00 p.m. (CST) on THURSDAY, OCTOBER 17, 2024.

Considering the foregoing, it is hereby

ORDERED that the Motion to Seal (Rec. Doc. 3) filed by the State of Louisiana is GRANTED based on this Court's finding that the filings sought to be sealed contain sensitive health information as to at least one detainee now in the custody of U.S. Immigration and Customs Enforcement and that the interest of the parties in protecting the confidentiality of the sensitive health information of such detainee and any other detainees to whom the relief sought herein may apply is a substantial interest outweighing

---

[1] Statistical time: 5 min.

the right of the public to access court records in this case. *IFG Port Holdings, LLC v. Lake Charles Harbor & Terminal Dist.*, 82 F.4th 402, 410–11 (5th Cir. 2023) (internal citations omitted).

Considering the relief requested in this matter, it is further

ORDERED that a hearing on the Motion for Preliminary Injunction (Rec. Doc. 2) is now SET before United States District Judge David C. Joseph on THURSDAY, OCTOBER 24, 2024 at 10:00 A.M. in Courtroom 1 of the United States District Court in Lafayette, Louisiana.

SO ORDERED this 17th day of October, 2024 at Lafayette, Louisiana.

_____
**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**