# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br>        PLAINTIFF,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity; et al.<br>        DEFENDANTS. | CIVIL ACTION NO. 24-cv-1422 |

## TEMPORARY RESTRAINING ORDER

Before the Court is Plaintiff's MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [Doc. 2]. The Motion is **GRANTED IN PART** insofar as the Motion requests a Temporary Restraining Order. The Court **ORDERS** as follows:

Defendants U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Richwood Correctional Center, LaSalle Corrections, South Louisiana ICE Processing Center, and The GEO Group, Inc., and their officers, agents, and contractors are **ENJOINED** from releasing any detainee from the Richwood and Basile immigration detention centers except upon further order of the Court. Should Defendants seek to release any detainee during the pendency of this Order, the Defendants will bear the burden of demonstrating to the Court that such detainee does not pose a risk to the public of transmitting drug-resistant mycobacterial tuberculosis. Upon the filing of such a request, the Court will issue an Order permitting the State to respond.

This Temporary Restraining Order shall remain in effect until the conclusion of the hearing on the Motion for Preliminary Injunction, or October 31, 2024, whichever is earlier. The date and time of the Preliminary Injunction hearing will be set by separate Order of the Court.

The Clerk of Court is directed forthwith to serve this Temporary Restraining Order upon the federal defendants by service on the United States Attorney for the Western District of Louisiana.

THUS, DONE AND SIGNED in Chambers at 4:30 p.m. (CDT) on this 17th day of October 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE