**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

THE STATE OF LOUISIANA,

PLAINTIFF,

v.

ALEJANDRO MAYORKAS, Secretary of the
U.S. Department of Homeland Security, in his
official capacity; et al.

DEFENDANTS.

**SEALED**

DCJ-DJA

CIVIL ACTION NO. 24-cv-01422

**ORDER**

IT IS ORDERED that J. Benjamin Aguiñaga be and is hereby admitted to the bar of this

Court pro hac vice on behalf of The State of Louisiana in the above described action.

SO ORDERED on this, the _____ day of October, 2024.

_____
U.S. Magistrate Judge