**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

THE STATE OF LOUISIANA,

PLAINTIFF,

v.

ALEJANDRO MAYORKAS, Secretary of the
U.S. Department of Homeland Security, in his
official capacity, et al.,

DEFENDANTS.

CIVIL ACTION NO. 24-cv-1422

**ORDER**

Considering Plaintiff's Motion to Unseal Case and File Redacted Pleadings, **IT IS ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to (a) unseal this case, (b) keep the currently filed (and *unredacted*) pleadings and TRO materials under seal, and (c) file on the public record the *redacted* versions of the pleadings and TRO materials attached to Plaintiff's Motion.

THUS DONE AND SIGNED in Chambers on this 22nd day of October, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE