# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**STATE OF LOUISIANA**                      CASE NO. 6:24-CV-01422

**VERSUS**                                  JUDGE DAVID C. JOSEPH

**ALEJANDRO MAYORKAS ET AL**                MAGISTRATE JUDGE DAVID J. AYO

## MINUTES OF COURT:
## PRETRIAL CONFERENCE

| Date: | October 22, 2024 | Presiding: | Judge David C. Joseph |
|---|---|---|---|
| Court Opened: | 2:59 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 3:30 | | |
| Statistical Time: | 31 Minutes | Courtroom: | Zoom Video Conference |

## APPEARANCES

| | | |
|---|---|---|
| J Benjamin Aguinaga | For | State of Louisiana, Plaintiffs |
| Zachary Faircloth | For | State of Louisiana, Plaintiffs |
| Caitlin Ann Huettemann | For | State of Louisiana, Plaintiffs |
| Shannon Thornhill Smitherman | For | Alejandro Mayorkas, Defendants |
| Jody D Lowenstein | For | Alejandro Mayorkas, Defendant |
| Robert Mahtook | For | Geo Group Inc., Defendant |
| Kay Theunissen | For | Geo Group Inc., Defendant |

## PROCEEDINGS

Case called for discussion regarding [2] SEALED Motion for Preliminary Injunction.

After discussion regarding the progress made in this case, the Court RESET the Rule 65 Preliminary Injunction hearing for **Thursday, October 31, 2024, at 9:00 a.m.** The Court further ordered the parties to confer and submit a proposed joint scheduling with appropriate deadlines for submission of pre-hearing briefing, witness lists, and exhibit lists by COB **October 23, 2024**.

The Court instructed the defendants to make any requests for relief from the [7] TRO by email to the Chambers at: joseph_motions@lawd.uscourts.gov. Any correspondence shall copy all other parties. The State Plaintiff shall respond promptly to any requests noting its concurrence or any objections for consideration by the Court.

The Court discussed with the parties [Doc. 11] Motion to Unseal and File Redacted Pleadings by the State of Louisiana.  The Government indicated the parties have been working diligently to come to a proposed Order and would submit their response by COB October 22, 2024.

The Court will circulate a proposed email for the parties to consider outlining recommendations for resolution of this case.  The Court requested that the parties continue exchanging information and working towards a resolution in advance of the October 31, 2024, Preliminary Injunction hearing.