UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA | CIVIL NO: 24-cv-01422 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| ALEXANDER MAYORKAS, ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JOINT SCHEDULING ORDER

The parties jointly request that the Court enter the following proposed scheduling order in preparation for the Preliminary Injunction hearing set for October 31, 2024 at 9:00 a.m.:

| | |
|---|---|
| October 25, 2024 by 5:00 (CT) | Deadline for Federal Defendants' Response to Motion for Preliminary Injunction |
| October 25, 2024 by 5:00 (CT) | Deadline for Plaintiff and Federal Defendants' Respective Witness and Exhibit Lists (with reservation of right to supplement or amend as needed by October 29, 2024) |
| October 28, 2024 by 5:00 (CT) | Plaintiff's Reply to Federal Defendants' Response to Motion for Preliminary Injunction |
| October 29. 2024 by 5:00 (CT) | Federal Defendants Sur-Reply to Plaintiff's Reply to Defendants' Response to Motion for Preliminary Injunction (if any) |
| October 29, 2024 by 5:00 (CT) | Any amendments/supplements to Witness/Exhibit List by all Parties |

Entered this \_\_\_\_23rd\_\_\_\_ day of October, 2024 at Lafayette, Louisiana.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE

APPOVED AS TO FORM:

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

<u>/s/ Jody D. Lowenstein</u>
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

BRANDON B. BROWN
United States Attorney

<u>s/ Shannon T. Smitherman</u>
Shannon T. Smitherman (#32366)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
Telephone: (318) 676-3613
Fax: (318) 676-3642
Email: shannon.smitherman@usdoj.gov

<u>s/ Kristen H. Bayard</u>
KRISTEN H. BAYARD (#32499)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618
Facsimile: (337) 262-6693
Email:  kristen.bayard@usdoj.gov

**ATTORNEYS FOR DEFENDANTS**
ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY (DHS); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); PATRICK J. LECHLEITNER, in his official capacity as Deputy Director and senior official performing the duties of the Director; U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION (CDC); MANDY K. COHEN, Director of CDC, in her official capacity; NATIONAL CENTER FOR HIV, VIRAL HEPATITIS, STD, AND TB PREVENTION (NCHHSTP) and JONATHAN MERMIN, Director of NCHHSTP

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga*
  *Solicitor General*
Zachary Faircloth (La #39875)
  *Principal Deputy Solicitor General*
Caitlin A. Huettemann (La #40402)
  *Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
(225) 326-6766
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov
huettemannc@ag.louisiana.gov
**ATTORNEYS FOR PLAINTIFF STATE OF LOUISIANA**