**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| THE STATE OF LOUISIANA | * | CIVIL ACTION NO.: 6:24-cv-1422 |
| | * | |
| VERSUS | * | JUDGE DAVID C. JOSEPH |
| | * | |
| ALEJANDRO MAYORKAS, | * | MAG. JUDGE DAVID J. AYO |
| SECRETARY OF THE U.S. | * | |
| DEPARTMENT OF HOMELAND | * | |
| SECURITY IN HIS OFFICIAL | * | |
| CAPACITY, ET AL | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE GEO GROUP, INC.'S MEMORANDUM IN SUPPORT OF**
**ANSWER TO COMPLAINT**

**MAY IT PLEASE THE COURT:**

The GEO Group, Inc. submits the following brief Memorandum in Support of its Answer to Complaint

GEO has fully complied with all LDH orders and directives and plans to continue to do so. GEO's Facility Medical Director, Health Services Administrator, and Regional Health Services Manager attended a Teams conference with LDH on October 10, 2024, the same day the first letter was issued by LDH regarding this matter. Since then, GEO has been in frequent, if not daily, contact with representatives of LDH. GEO has also had many direct communications with LDH Region 4 Medical Director, Dr. Tina Stefanski. Face to face meetings were held between GEO and LDH representatives on October 15 and 16, 2024. These communications have addressed assessment, testing, medical management and cohorting of the detainees, and assessment and testing of facility staff. LDH provides pickup of all collected T-spot and sputum from the facility. GEO has not received any communications from LDH indicating dissatisfaction with GEO's responsiveness or handling of this situation.

1

GEO expects that the Federal Defendants will present detailed evidence regarding the medical management of the detainees at the facility, including cohort and test procedures.  To the extent necessary, GEO will have medical and facility management personnel available to address any further questions the Court may have regarding detainees or regarding the assessment and testing of facility staff.

Respectfully Submitted,

MAHTOOK & LAFLEUR, L.L.C.


/s/Kay A. Theunissen
ROBERT A. MAHTOOK, JR., #17034
KAY A. THEUNISSEN, #17448
KALISTE JOSEPH SALOOM, IV, #35996
CHASE A. WOESSNER #40211
600 Jefferson Street, Suite 1000 (70501)
Post Office Box 3089
Lafayette, Louisiana 70502-3089
TEL:   (337) 266-2189
FAX:   (337) 266-2303
Email:  rmahtook@mandllaw.com
Email:  ktheunissen@mandllaw.com
Email:  jsaloom@mandllaw.com
Email:  cwoessner@mandllaw.com
Attorneys for: The GEO Group, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

(   ) Hand Delivery            (   ) Prepaid U.S. Mail

(   ) Facsimile                (   ) Federal Express

( x ) Electronic Mail        (   ) CM/ECF Court Filing System

Lafayette, Louisiana this 25th day of October, 2024

/s/ Kay A. Theunissen
KAY A. THEUNISSEN

2