IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| THE STATE OF LOUISIANA | * | CIVIL ACTION NO.: 6:24-cv-1422 |
| | * | |
| VERSUS | * | JUDGE DAVID C. JOSEPH |
| | * | |
| ALEJANDRO MAYORKAS, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY IN HIS OFFICIAL CAPACITY, ET AL | * * * * * | MAG. JUDGE DAVID J. AYO |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## GEO'S WITNESS LIST AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes the Defendant, The GEO Group, Inc., who submits the following Witness and Exhibit List in connection with the Preliminary Injunction Hearing in this matter:

## WITNESS LIST

1. David Tackett
   The GEO Group, Inc.
   Regional Health Services Manager - Central
   3843 Stagg Avenue
   Basile, Louisiana 70515

2. Dr. Chad Heinen, M.D.
   The GEO Group, Inc.
   Physician
   South Louisiana ICE Processing Center
   3843 Stagg Avenue
   Basile, Louisiana 70515

3. Helen Grimes
   The GEO Group, Inc.
   Facility Administrator
   South Louisiana ICE Processing Center
   3843 Stagg Avenue
   Basile, Louisiana 70515

4.    Carissa Toups, DC, BS, MHA
      The GEO Group, Inc.
      Health Services Administrator
      South Louisiana ICE Processing Center
      3843 Stagg Avenue
      Basile, Louisiana 70515

## EXHIBIT LIST

1. A copy of The GEO Group, Inc.'s Correctional Health Services Number 528-A, Title: Tuberculosis Prevention and Management, Inmates/Detainees/Residents, Chapter: Infection Control effective 10/01/2020.

   This document contains confidential and proprietary information. GEO will be filing a request that this exhibit be sealed and produced to parties for attorneys' eyes only.

2. A copy of The GEO Group, Inc.'s Clinical Practice Guidelines: Management of Tuberculosis, May 2017.

   This document contains confidential and proprietary information. GEO will be filing a request that this exhibit be sealed and produced to parties for attorneys' eyes only.

3. A copy of SLIPC's TB Signs/Symptoms Checklist

                                        Respectfully Submitted,

                                        MAHTOOK & LAFLEUR, L.L.C.

                                          /s/Kay A. Theunissen
                                        ROBERT A. MAHTOOK, JR., #17034
                                        KAY A. THEUNISSEN, #17448
                                        KALISTE JOSEPH SALOOM, IV, #35996
                                        CHASE A. WOESSNER #40211
                                        600 Jefferson Street, Suite 1000 (70501)
                                        Post Office Box 3089
                                        Lafayette, Louisiana 70502-3089
                                        TEL:   (337) 266-2189
                                        FAX:   (337) 266-2303
                                        Email:  rmahtook@mandllaw.com
                                        Email:  ktheunissen@mandllaw.com
                                        Email:  jsaloom@mandllaw.com
                                        Email:  cwoessner@mandllaw.com
                                        Attorneys for: The GEO Group, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery            ( ) Prepaid U.S. Mail

( ) Facsimile                ( ) Federal Express

( ) Electronic Mail          ( X ) CM/ECF Court Filing System

Lafayette, Louisiana this 25th day of October 2024

                                           */s/ Kay A. Theunissen*
                                           KAY A. THEUNISSEN