UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

STATE OF LOUISIANA

VERSUS

ALEXANDER MAYORKAS, ET AL

CIVIL NO: 24-cv-01422

JUDGE DAVID C. JOSEPH

MAGISTRATE JUDGE DAVID J. AYO

**O R D E R**

The Court, having considered Federal Defendants' Unopposed Motion for Leave to File Amended Witness and Exhibit List, is of the opinion that said Motion shall be **GRANTED**.

IT IS THEREFORE ORDERED that Federal Defendants' Amended Witness and Exhibit List be and is accepted for filing with the Court.

SIGNED and ENTERED this _____8th_____ day of November, 2024.

HONORABLE DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE