# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br>         Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity, et al.,<br>         Defendants. | Civil Action No. 24-cv-1422 |

## ORDER

Considering Plaintiff's Unopposed Motion to Vacate November 13 Hearing and Extend TRO, **IT IS ORDERED** that the Motion is **GRANTED**. The Federal Defendants do not oppose the Motion, and in addition, good cause exists because final testing at the Basile facility begins today with results expected later this week. Accordingly, the Clerk of Court is directed to (a) vacate the currently scheduled November 13 preliminary-injunction hearing, *see* ECF No. 36, and (b) extend the current TRO, *see id.*, until November 20.

THUS DONE AND SIGNED in Lafayette, this 12th day of November, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE