UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br>        PLAINTIFF,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity, et al.<br>        DEFENDANTS. | CIVIL ACTION NO. 24-cv-1422 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff State of Louisiana hereby gives notice of its voluntary dismissal of this case without prejudice. As of November 18, 2024, all detainees covered by the Temporary Restraining Order, ECF 36, have now been medically cleared by the Louisiana Department of Health after the completion of retesting. Accordingly, the State no longer requires this Court's intervention on an emergency basis.

Dated: November 20, 2024           Respectfully submitted,

                            /s/ Zachary Faircloth
                            J. BENJAMIN AGUINAGA*
                            *Solicitor General*
                            ZACHARY FAIRCLOTH (La #39875)
                            *Principal Deputy Solicitor General*
                            CAITLIN HUETTEMANN (La #40402)
                            *Assistant Solicitor General*

OFFICE OF THE LOUISIANA
ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:   (225) 326-6795
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov
huettemannc@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

*\*pro hac vice*
